UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| LOGAN LUNDAHL, HOLLI LUNDAHL, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, MICHELE M CHRISTIANSEN, IN HER OFFICIAL CAPACITY; MARY CORPORON, OLD REPUBLIC INSURANCE CO., MEL HOFFMAN, LOS ANGELES HOMEOWNERS AID, TRAVIS O'GORMAN, IN HIS OFFICIAL CAPACITY; DEREK WEIMER, IN HIS OFFICIAL CAPACITY; CAROL STOUFFER, IN HER OFFICIAL CAPACITY; FRANKIE MOORE, IN HER OFFICIAL CAPACITY; LILIA CHAVARIN, AMERICAN MODERN INSURANCE GROUP, CAROLYN OLSON, IN HER OFFICIAL CAPACITY; NEIL LUND, IN HIS OFFICIAL CAPACITY; FIRST AMERICAN TITLE INSURANCE CO., DOES 1-10, <br><br> Defendants. | 5:17-CV-05069-LLP <br><br><br> ORDER CONCERNING CLAIM OF RESIDENCY |

Pending before this court are motions to proceed in forma pauperis by Logan Lundahl (Docket 3) and Holli Lundahl (Docket 4). This court is aware that Holli Lundahl, who also frequently files under the name Holli Telford, has a lengthy history of litigation abuses and frivolous, harmful, and vexatious litigation. *See Teleford v. Department of Housing and Urban Development, et al*, No. 3:16-cv-3033-RAL, Docket 141 (D.S.D. May 1, 2017). The United States District Court for the District of Wyoming has detailed orders entered by the United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Utah,

the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Western District of Texas, and the United States District Court for the District of Idaho, which have all imposed restrictions on Ms. Lundahl's filings due to her "routinely frivolous" filings. *See Lundahl v. Eli Lilly and Co., et al*, No. 13-cv-241-SWS, Docket 60 (D. Wyo. January 30, 2014).

The filings thus far provide conflicting claims of residency. In Mr. Lundahl's motion to proceed in forma pauperis, he lists his legal residence as 229 N. Pine Street, Gordon, NE 64343. Docket 3 at 5. In Ms. Lundahl's motion to proceed in forma pauperis, she lists her legal residence as 855 U.S. Highway 385, Oelrichs, South Dakota. Docket 4 at 5. In plaintiffs' later Ninth Oral Demand and First Written Demand to Grant IFP Motions of Plaintiffs and Proceed to Litigation of this Matter (Docket 7), both plaintiffs list their address as 855 US Hwy 385, P.O. Box 43, Hot Springs, SD 57747. Finally, both Mr. Lundahl's and Ms. Lundahl's Motion to Electronically file documents (Dockets 8 & 9), list their address as 855 U.S. Highway 385, Oelrichs, South Dakota.

In a case previously filed by Holli Lundahl in the District of South Dakota, *Teleford v. Department of Housing and Urban Development*, 3:16-cv-3033-RAL, Judge Roberto A. Lange expressed concern that Ms. Teleford did not actually reside in South Dakota at the 855 U.S. Highway 385, Oelrichs address, because a DCI agent investigating for the federal defendants found this address to be a vacant lot. Docket 141 at 8. With doubt cast upon the residency status of both plaintiffs, the court is concerned by a potential fraud on to the court.

It is hereby ORDERED:

1. Each plaintiff shall demonstrate proof of residency by filing two utility bills within thirty (30) days of this order.

2. If proof of residency is not received by the specified deadline, the case will be dismissed without prejudice.

DATED February 6th, 2018.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

BY: _____
(SEAL)         DEPUTY