UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| LOGAN LUNDAHL, HOLLI LUNDAHL, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, OLD REPUBLIC INSURANCE CO., MEL HOFFMAN, LOS ANGELES HOMEOWNERS AID, LILIA CHAVARIN, AMERICAN MODERN INSURANCE GROUP, FIRST AMERICAN TITLE INSURANCE CO., DOES 1-10, <br><br> Defendants. | 5:17-CV-05069-LLP <br><br> ORDER |

Plaintiffs file a second request to file electronically. Docket 16. In considering the request to electronically file, the court reviewed Holli Lundahl's filing activity in the other cases in this district. The Honorable Roberto A. Lange in the Central Division of the United States District Court for the District of South Dakota granted Holli Lundahl permission to file in the CM/ECF system. *See Telford v. Department of Housing and Urban Development, et al.*, Civ. 16-3033. The Honorable Jeffrey L. Viken in the Western Division of the United States District Court for the District of South Dakota denied Holli Lundahl permission to file in the CM/ECF system. *See Telford v. Bradeen, et al.*, Civ. 17-5042, Docket 10. In denying Holli Lundahl's request, Judge Viken stated,

> In reviewing plaintiff's filing activity in her Central Division case, the court finds plaintiff's filing practice was abusive of the judicial process. Plaintiff filed briefs violating the local rules on the length of briefs, D.S.D. Civ. LR 7.1(B)(1). See Civ.

16-3033 Dockets 11, 137 & 144. Plaintiff consistently filed attachments violating the local requirement that attachments are "only those excerpts of [a] referenced document that are *directly germane* to the matter under consideration by the court." D.S.D. Civ. LR 7.1(B)(2) (emphasis added); see, e.g., CIV. 16-3033 Dockets 66-1, 74-3, 127-3 & 143-1. Based on plaintiff's disregard for the local rules in CIV 16-3033, the court denies her motions to file in CM/ECF for this case.

CIV. 17-5042, Docket 10. After consideration of the motion, together with Holli Lundahl's other litigation in this district,

IT IS ORDERED that Plaintiff's Second Request To File Electronically (Docket 16) is denied.

DATED August 24th, 2018.

BY THE COURT:

ATTEST:
MATTHEW W. THELEN, CLERK

BY: _____
(SEAL)   DEPUTY

LAWRENCE L. PIERSOL
United States District Judge