UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| LOGAN LUNDAHL, HOLLI LUNDAHL,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, HSBC; MARY CORPORON; OLD REPUBLIC INSURANCE CO., MEL HOFFMAN, LOS ANGELES HOMEOWNERS AID, LILIA CHAVARIN, AMERICAN MODERN INSURANCE GROUP, FIRST AMERICAN TITLE INSURANCE CO., DOES 1-10, SMITH COUNTY, TX, LOIS MOSLEY, PAUL KELLEY JR., ESTATE OF PAUL KELLEY SR., SANDRA COPELAND, DAVID GILBERTSON, NIEL LUND, CRAIG PFEIFLE, IN THEIR ADMINISTRATIVE CAPACITIES; AND AMERICAN TITLE INSURANCE CO.,<br><br>Defendants. | 5:17-CV-05069-LLP<br><br>AMENDED JUDGMENT |

Pursuant to the Order Granting in Part the Plaintiffs' Motion to Vacate and 1915A Screening of Amended Complaint, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants Old Republic Insurance Company, Lilia Chavarin, American Modern Insurance Group, First American Title Insurance Company, Lois Mosley, Paul Kelley Jr., Estate of Paul Kelley Sr., Sandra Copeland, Niel Lund, David Gilbertson, Does 1-10, Smith County, Texas, HSBC, Mary Corporon, Mel Hoffman, Craig Pfeifle, Los Angeles Homeowners Aid, American Title Insurance Co., and against plaintiffs, Logan Lundahl and Holli Lundahl.

Dated this 24th day of February, 2020.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*[signature]*