UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LOGAN LUNDAHL and HOLLI LUNDAHL, | * * * | CIV 17-5069 |
| Plaintiffs, | * * | |
| vs. | * * | JUDGMENT |
| JP MORGAN CHASE BANK; OLD REPUBLIC INSURANCE CO.; MEL HOFFMAN; LOS ANGELES HOMEOWNERS AID; LILIA CHAVARIN; AMERICAN MODERN INSURANCE GROUP, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; DOES 1-10; HSBC; SMITH COUNTY, TX; LOIS MOSLEY; PAUL KELLEY, JR.; SANDRA COPELAND; DAVID GILBERTSON; CRAIG PFEIFLE; in their Administrative Capacities; and AMERICAN TITLE INSURANCE COMPANY, | * * * * * * * * * * * * * * * * | |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Order filed on this date with the Clerk,

IT IS ORDERED and ADJUDGED that the case is dismissed in its entirety for lack of jurisdiction and also as to some Defendants as stated in the Court's Order of February 24, 2020, for failure to state a cause of action.

Dated this 9th day of March, 2020.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*/s/ Matthew Thelen*