# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2014
_____

Logan Lundahl; Holli Lundahl

Plaintiffs - Appellants

v.

JP Morgan Chase Bank; Old Republic Insurance Co.; Mel Hoffman; Los Angeles Homeowners Aid; Lilia Chavarin; American Modern Insurance Group, Inc.; First American Title Insurance Company; Does 1-10; HSBC; Smith County, TX; Lois Mosley; Paul Kelley, Jr.; Sandra Copeland; David Gilbertson; Craig Pfeifle, in their Administrative Capacities; American Title Insurance Co.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Western
(5:17-cv-05069-LLP)
_____

**JUDGMENT**

Before LOKEN, MELLOY, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

Appellants' motion to file an amended and over-length brief and motion for disqualification of judge are denied.

May 25, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans